TIMOTHY COURCHAINE
United States Attorney
District of Arizona

ADDISON OWEN
Arizona State Bar No. 031263
DIAMOND ZAMBRANO
Arizona State Bar No. 036390
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Addison.Owen@usdoj.gov
Email: Diamond.Zambrano@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-25-01085-PHX-DWL (DMF) |
|---|---|
| Plaintiff, | **REDACTED INDICTMENT** |
| v. | VIO: 18 U.S.C. § 111(a) (Assaulting, Resisting, and Impeding Federal Officer) Count 1 |
| 1. Benigno Armando Rios Pacheco, and, (Count 3) | |
| 2. Janeth Karina Montoya Estrada. (Counts 1-2) | 18 U.S.C. §§ 111(a) and (b) (Assaulting, Resisting, and Impeding Federal Officer) Counts 2-3 |
| Defendants. | |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about July 24, 2025, in the District of Arizona, Defendant JANETH KARINA MONTOYA ESTRADA did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Drug Enforcement Administration (DEA) Special Agent (SA) T.G., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA T.G. was engaged in and on account of the performance of his official duties, and Defendant JANETH KARINA MONTOYA ESTRADA did so by making physical contact, to wit: by pushing SA T.G.

All in violation of Title 18, United States Code, Section 111(a).

## COUNT 2

On or about July 24, 2025, in the District of Arizona, Defendant JANETH KARINA MONTOYA ESTRADA did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Drug Enforcement Administration (DEA) Special Agent (SA) J.Z., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA J.Z. was engaged in and on account of the performance of his official duties, and Defendant JANETH KARINA MONTOYA ESTRADA did so causing bodily injury, to wit: by causing contusions and abrasions to SA J.Z. left knee.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

## COUNT 3

On or about July 24, 2025, in the District of Arizona, Defendant BENIGNO ARMANDO RIOS PACHECO did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with Drug Enforcement Administration (DEA) Special Agent (SA) J.D., who is an employee of the United States and protected as designated in 18 U.S.C. § 1114, while SA J.D. was engaged in and on account of the performance of his official duties, and Defendant BENIGNO ARMANDO RIOS PACHECO did so causing bodily injury, to wit: by causing SA J.D. to sustain a shoulder Injury.

All in violation of Title 18, United States Code, Sections 111(a) and (b).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: July 30, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
ADDISON OWEN
DIAMOND ZAMBRANO
Assistant U.S. Attorneys