IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

DATE: 3/16/2026

TO:   UNITED STATES MARSHAL                **RELEASE ORDER**

RE:   CASE NUMBER – CR-25-01085-PHX-DWL

THE UNITED STATES MARSHAL IS AUTHORIZED TO RELEASE:

Defendant:    Benigno Armando Rios Pacheco, USM #46753-051

FROM CUSTODY PURSUANT TO THE COURT'S ORDER MADE IN OPEN COURT THIS DATE.

    __X__ Time Served

    _____ Probation

    _____ Dismissal

    _____ Other

ADDITIONAL INSTRUCTIONS:  Defendant sentenced to a term of time served. Defendant shall be released as to this matter only.

Dated this 16th day of March, 2026

_____
Dominic W. Lanza
United States District Judge